IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:07 CR 41 RWS |
| ) | |
| JOHN THEBEAU, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S ACCEPTANCE OF THE REVISED PRESENTENCE INVESTIGATION REPORT

Comes now the defendant, John Thebeau, by and through counsel, Assistant Federal Public Defender Brocca Morrison, and states that he accepts and has no objections to the Presentence Investigation Report.

Respectfully submitted,

/s/Brocca Morrison
BROCCA MORRISON
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Morrison@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2016 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the office of the United States Attorney and the United States Probation Office.

/s/Brocca Morrison
BROCCA MORRISON
Assistant Federal Public Defender